658 A.2d 724

IN THE MATTER OF DAVID B. THOMAS,
AN ATTORNEY AT LAW.

June 9, 1995.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension of **DAVID B. THOMAS** of **CHATHAM,** who was admitted to the bar of this State in 1972, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(3), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **DAVID B. THOMAS** is temporarily suspended from the practice of law, effective immediately and until the further order of this Court; and it is further

ORDERED that **DAVID B. THOMAS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **DAVID B. THOMAS** comply with *Rule* 1:20–20 dealing with suspended attorneys.